TODD M. LEVENTHAL, ESQ
Nevada Bar No. 008543
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CR-S-12-00450-JCM(CWH) |
| Plaintiff,      ) | |
| vs.      ) | **STIPULATION TO CONTINUE TIME FOR TRIAL AND MOTIONS DEADLINES** |
| JOSE ALFARO,      ) | |
| Defendant.      ) | |

   IT IS HEREBY STIPULATED AND AGREED by and between Defendant, JOSE ALFARO, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, DANIEL G. BOGDEN, United States Attorney and ROBERT KNIEF, Assistant U.S. Attorney, that the sentencing hearing now set for JULY 10, 2014, be vacated and reset at least 30 days out

   This Stipulation is entered into for the following reasons:

   1. Counsel for the defendant needs additional time to review the PSR report with Mr. ALFARO.

   2. Prior Counsel for the Government left the office and Defense Counsel needs additional time to discuss with new Government Counsel sentencing matters.

   3. Mr. Alfaro is currently not in custody and does not object to this continuance

//

//

//

4. Counsel for Mr. Alfaro has spoken to Mr. Robert Knief Assistant United States Attorney, and he has no objection to the continuance.

5. This is the FIRST request to continue the sentencing.

DATED this 8th day of July, 2014.

_____-S-_____            _____-S-_____
TODD M. LEVENTHAL, ESQ.                    ROBERT KNIEF, ESQ.
Counsel for defendant                      Assistant U.S. Attorney

### ORDER

Accordingly, IT IS SO ORDERED that the JULY 10th 2014 hearing is vacated and the same is continued and reset for Monday, August 11, 2014 at 10:00 a.m. courtroom #  6A  .

Dated July 9, 2014.

_____
UNITED STATES DISTRTICT JUDGE