

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-450-JCM-(CWH) |
| JOSE ALFARO, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO JOSE ALFARO**

On April 10, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p) forfeiting property of defendant JOSE ALFARO to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 51; Preliminary Order of Forfeiture, ECF No. 53; Plea Agreement, ECF No. 54.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p), that the Preliminary Order of Forfeiture (ECF No. 53), listing the following asset, is final as to defendant JOSE ALFARO:

1. $212,000.00 in United States Currency.

DATED this ____ day of __Aug.__ 2014.

_____
UNITED STATES DISTRICT JUDGE